UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ABDULKADIR OMAR,                    )   No. C11-1181RSL
                                    )
                Plaintiff,          )
        v.                          )   ORDER OF DEFAULT
                                    )
AMERICAN PATRIOT SECURITY           )
& INVESTIGATION, INC., *et al.*,    )
                                    )
                Defendants.         )
_____ )

On March 22, 2012, the Court granted plaintiff's request for an award of $1,128.00 in fees for discovery violations and gave defendant American Patriot Security & Investigation thirty days in which to associate new counsel and comply with the Court's January 5, 2012, order. Dkt. # 41. Defendant was specifically warned that "failure to appear through counsel, pay the fee award, or file a notice of compliance with the discovery order on or before April 23, 2012, will result in the entry of default against American Patriot Security & Investigation." Dkt. # 41. More than thirty days have elapsed, and there is no indication that defendant has obtained counsel, paid the fee, or complied with the January 5, 2012, discovery order.

Default is hereby entered against defendant American Patriot Security & Investigation.

ORDER OF DEFAULT

1       Dated this 24th day of April, 2012.

                                                        */s/ Robert S. Lasnik*
                                                      Robert S. Lasnik
                                                      United States District Judge

ORDER OF DEFAULT                                      -2-