# United States District Court

### WESTERN DISTRICT OF WASHINGTON

ABDULKADIR OMAR.

v.

AMERICAN PATRIOT SECURITY &
INVESTIGATION, *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-1181RSL

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered for plaintiff and against defendants American Patriot Security & Investigation, Inc. and Nichole Smith as follows: Principal judgment in the amount of $13,806.00, costs in the amount of $577.33 and attorney's fees in the amount of $50,791.50 for a total of $65,174.83. Additional judgment against American Patriot Security & Investigation, Inc. only is entered in the amount of $1,128.00.

| September 27, 2013 | William M. McCool |
| --- | --- |
| | Clerk |

/s/Rhonda Stiles
By, Deputy Clerk